**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re **John P. Barden** , )
**DBA Fast Lane Auto; DBA John Barden Properties; FDBA Rapid Response Logistics; FDBA JDM Enterprises** )
Debtor )

Employer's Tax Identification No(s). [if any] ______ )
Last four digits of Social Security No(s): **xxx-xx-8134** )

**For Debtor:**

☐ Payment advices are attached

☐ Payment advices ***are not*** attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

■ Payment advices ***are not*** attached because debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ■ is self employed
- ☐ other, please explain __

Schedule I, Line 1 Income **0.00**

Occupation as listed on Schedule I __

**For Joint Debtor, if applicable:**

☐ Payment advices are attached

☐ Payment advices ***are not*** attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Payment advices ***are not*** attached because debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed
- ☐ other, please explain __

Schedule I, Line 1 Income **N/A**

Occupation as listed on Schedule I __

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of __ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: ***/s/ John P. Barden*** Date: **March 12, 2019**
**John P. Barden**

Signature of Joint Debtor: [signature] Date: March 12th 2019

O:§521C(03/02/2006)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy