**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **John P. Barden** | Social Security number or ITIN | **xxx−xx−8134** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of New York** | Date case filed for chapter **13** | **3/12/19** |
| Case number: | **19−30284−5−mcr** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | John P. Barden | |
| **2. All other names used in the last 8 years** | dba Fast Lane Auto, dba John Barden Properties, fdba Rapid Response Logistics, fdba JDM Enterprises | |
| **3. Address** | 50 Center Street<br>Homer, NY 13077 | |
| **4. Debtor's attorney**<br>Name and address | Peter C. Schaefer<br>313 E. Willow St., Suite 105<br>Syracuse, NY 13203−1905<br><br>Contact phone (315) 478−0525<br><br>Email: schapc@aol.com | |
| **5. Bankruptcy trustee**<br>Name and address | Mark W. Swimelar−Trustee<br>250 South Clinton Street<br>Suite 203<br>Syracuse, NY 13202 | Contact phone (315) 471−1499<br>Email: trustee@cnytrustee.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | James M. Hanley Federal Building<br>100 South Clinton Street, Room 315<br>P.O. Box 7008<br>Syracuse, NY 13261−7008 | Office Hours: 9:00 A.M. to 4:00 P.M.<br>Contact phone (315) 295−1600<br>Issued Date: 3/13/19 |

**For more information, see page 2**

| | |
|---|---|
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 8, 2019 at 12:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. ***Bring picture I.D. and proof of social security number.*** **Location: James M. Hanley Courthouse, 100 S. Clinton Street, Room 207, Syracuse, NY 13261** |
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **Filing deadline: 6/7/19**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br>**Deadline for all creditors to file a proof of claim (except governmental units):** **Filing deadline: 5/21/19**<br>**Deadline for governmental units to file a proof of claim:** **Filing deadline: 9/9/19**<br>**Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. A proof of claim may be filed electronically on the court's website under the ePOC (eFile of Claims) tab.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors<br>**Deadline to File an Objection to Confirmation of Plan:**<br>Any objection to confirmation of the plan must be filed with the court and served upon the debtor, debtor's attorney, and trustee no later than 7 days prior to the hearing on Cconfirmation. Any party that objects to the plan must appear at the hearing on confirmation, as well as the debtor's attorney. If no wriiten objection is filed, no hearing will be held on the scheduled hearing date, and the Chapter 13 trustee shall submit an order of confirmation. See L>B>R> 3015−2 |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on: **4/30/19** at **02:00 PM**, Location: **James H. Hanley Courthouse, 100 S. Clinton St., Second Floor, Syracuse, NY 13261** |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |

United States Bankruptcy Court
Northern District of New York

In re:
John P. Barden
Debtor

Case No. 19-30284-mcr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0206-5 User: admin Page 1 of 2 Date Rcvd: Mar 13, 2019
Form ID: 309I Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.

db +John P. Barden, 50 Center Street, Homer, NY 13077-1520
tr +Mark W. Swimelar-Trustee, 250 South Clinton Street, Suite 203, Syracuse, NY 13202-1067
smg United States Attorney, NDNY, P.O. Box 7198, Syracuse, NY 13261-7198
908990746 +1819 Acquisitions LLC as assignee NBT, c/o Riehlman Shafer & Shafer, 7693 Route 281, Box 544, Tully, NY 13159-2501
908990748 +Auto Plus, Acct No xxxxxx2399, 108 Townpark Drive NW, Kennesaw, GA 30144-5508
908990749 +Bank Of America, Acct No xxxxxxxxxxxx8499, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413
908990750 +Bert Adams Disposal Inc., Acct No xxxx4390, P.O. Box 549, Chenango Bridge, NY 13745-0549
908990751 +Burr & Reid, Acct No x5358, Po Box 2308, Binghamton, NY 13902-2308
908990753 +Burr & Reid, Acct No xxxxxx3250, Po Box 2308, Binghamton, NY 13902-2308
908990757 +Burr & Reid, Acct No xxxxxx4745, Po Box 2308, Binghamton, NY 13902-2308
908990756 +Burr & Reid, Acct No xxxxxx6640, Po Box 2308, Binghamton, NY 13902-2308
908990755 +Burr & Reid, Acct No xxxxxx6941, Po Box 2308, Binghamton, NY 13902-2308
908990754 +Burr & Reid, Acct No xxxxxx7532, Po Box 2308, Binghamton, NY 13902-2308
908990752 +Burr & Reid, Acct No xxxxxx8714, Po Box 2308, Binghamton, NY 13902-2308
908990759 +Cayuga Medical Center, Acct No xxxx2897, c/o CBCS, P.O. Box 2724, Columbus, OH 43216-2724
908990760 +Charter Communications/Time Warner, Acct No xxxxx4301, c/o ERC, P.O. Box 23870, Jacksonville, FL 32241-3870
908990761 +Cortland Count Tax Department, 60 Central Avenue, Cortland, NY 13045-2795
908990762 +Cortland County Tax Collector, 60 Central Avenue, Cortland, NY 13045-2795
908990763 +Cortland Regional Medical Center, Acct No xxx9553, P.O. Box 88087, Chicago, IL 60680-1087
908990764 +Coughlin & Gerhart LLP, 36 Main Street, P.O. Box 866, Cortland, NY 13045-0866
908990765 +Credit Control LLC Dba Credit Control, Acct No xxxxxxxxxxxx8499, P.O. Box 546, Hazelwood, MO 63042-0546
908990768 Emergency Care Servies of NY, P.C., PO Box 740021, Cincinnati, OH 45274-0021
908990773 +Manheim Client Care, Acct No xxx0783, P.O. >Box 105511, Atlanta, GA 30348-5511
908990779 +Pendrick CapitalParnters, Acct No xxxx9499, c/o Phoenix Financial Services LLC, P.O. Box 361450, Indianapolis, IN 46236-1450
908990780 +Peter E. Testa and Theodore V. Testa, 1187 Hillside Drive, Cortland, NY 13045-1046
908990781 +Phoenix Financial Services. Llc, Acct No xxxx3825, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450
908990782 +Phoenix Financial Services. Llc, Acct No xxxx9499, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450
908990783 +Prospect Hill Radiology Group PC, Acct No xxxxxxxxxxx8194, 3625 Quakerbridge Rd., Trenton, NJ 08619-1268
908990784 +Prospect Hill Radiology Group PC, P.O. Box 371863, Pittsburgh, PA 15250-7863
908990785 +Russell E. Ruthig and Linda J. Ruthig, 3600 Pendleton Street, Cortland, NY 13045-8811
908990790 +SUNY Upstate Medical University Hospital, Acct No xxxxx2651, 750 East Adams Street, Syracuse, NY 13210-2306
908990786 +Seven Valley Realty, 4287 Homer Avenue, Cortland, NY 13045-1078
908990787 St. Joseph’s Hospital Healt Center, Acct No xxxxxx8930, c/o NPAS Inc., P.O. Box 99440, Louisville, KY 40269
908990789 +St. Joseph’s Hospital Health Center, Acct No xxxxx9408, c/o NPAS Inc., P.O. Box 99400, Louisville, KY 40269-0400
908990788 +St. Joseph’s Hospital Health Center, Acct No xxxxx9876, c/o NPAS INc., P.O. Box 99400, Louisville, KY 40269-0400
908990792 +Upstate Univesity Medicine Inc., Acct No xxxxx2676, P.O. Box 4738, Syracuse, NY 13221-4738
908990793 +Violations Processing Center, Acct No xxxxxxxxxxxx-x0001, P.O. Box 15186, Albany, NY 12212-5186
908990794 +Virtual Radiologic Professionsl, Acct No xxxx3220, P.O. Box 88087, Chicago, IL 60680-1087

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

aty E-mail/Text: schapc@aol.com Mar 13 2019 20:21:50 Peter C. Schaefer, 313 E. Willow St., Suite 105, Syracuse, NY 13203-1905
ust +E-mail/Text: ustpregion02.ut.ecf@usdoj.gov Mar 13 2019 20:22:05 U.S. Trustee, U.S. Trustee Office, 10 Broad Street,, Room 105, Utica, NY 13501-1258
908990747 +E-mail/Text: seinhorn@ars-llc.biz Mar 13 2019 20:22:23 Ability Recovery Service, Acct No xxxxxx36N1, Pob 4031, Wyoming, PA 18644-0031
908990758 +EDI: CAPITALONE.COM Mar 14 2019 00:23:00 Capital One, Acct No xxxxxxxxxxxx7310, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285
908990766 +EDI: CMIGROUP.COM Mar 14 2019 00:23:00 Credit Management, LP, Acct No xxxx4241, Attn: Bankruptcy, Po Box 118288, Carrollton, TX 75011-8288
908990767 +E-mail/Text: bankruptcy@superlativerm.com Mar 13 2019 20:22:27 Crown Asset Management/Santander Consume, Acct No xxxx1000, c/o Superlative RM, 9355 E. STockton Blvd, Ste. 210, Elk Grove, CA 95624-9528
908990769 +E-mail/Text: bknotice@ercbpo.com Mar 13 2019 20:22:11 ERC/Enhanced Recovery Corp, Acct No xxxxx2111, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412
908990770 EDI: IRS.COM Mar 14 2019 00:23:00 Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346

District/off: 0206-5 User: admin Page 2 of 2 Date Rcvd: Mar 13, 2019
Form ID: 309I Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

908990778 +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Mar 13 2019 20:22:25
NYS Dept. of Taxation and Finance, Bankruptcy Section, P.O. Box 5300,
Albany, NY 12205-0300

908990791 +E-mail/Text: DL-CSGBankruptcy@charter.com Mar 13 2019 20:22:19 Time Warner Cable,
Acct No xxxxxx2302, c/o Credit Management, P.O. Box 118288, Carrollton, TX 75011-8288

TOTAL: 10

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

908990771 Joshua Meisch
908990774 Meridian Financial M, Acct No xxx0585
908990776 Meridian Financial M, Acct No xxx2601
908990777 Meridian Financial M, Acct No xxx3379
908990775 Meridian Financial M, Acct No xxx5221
908990772 ##+Kera Simmons, 52 Center Street, Homer, NY 13077-1520

TOTALS: 5, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:

NONE. TOTAL: 0