UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

JOHN P. BARDEN

Debtor.

Case No. 19-30284-5
Chapter 13 Case

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Whitelaw & Fangio hereby enters its appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of creditor the City of Cortland, and requests that it be added to the service lists in this case and that copies of all notices and pleadings given or filed in this case be given and served upon the person listed below at the following address and telephone number:

Mary Lannon Fangio, Esq.
WHITELAW & FANGIO
247 West Fayette Street, Third Floor
Syracuse, New York 13202
Telephone: (315) 472-7832
Facsimile (315) 472-7816
Email: mary@fangiolaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the aforementioned, and any other documents brought before this Court with respect to these

proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, telecopier, or otherwise.

Dated: March 22, 2019
Syracuse, New York

Respectfully submitted,

**WHITELAW & FANGIO**

By: ______________

Mary Lannon Fangio, Esq.
Whitelaw & Fangio
247 West Fayette Street, Third Floor
Syracuse, New York 13202
Telephone: (315) 472 7832
Facsimile: (315) 472 7816
Email: mary@fangiolaw.com
*Attorneys for NG Solutions, LLC*

To: All parties receiving CM/ECF notice