UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

*******************************
In Re:

John P. Barden,

Debtor.
*******************************

**Bankruptcy No. 19-30284**
**Chapter 13**

**<u>OBJECTION</u>**

NOW COMES the United States of America, through the Internal Revenue Service (IRS), by counsel, Grant C. Jaquith, United States Attorney for the Northern District of New York, William F. Larkin, Assistant United States Attorney, of counsel, and pursuant to Bankruptcy Rule 3015(f) for its objection, submits the following.

1. The debtor filed both a Chapter 13 petition and plan on March 12, 2019.

2. On or about March 21, 2018, the IRS filed a proof of claim in the amount of $91,422.82, of which amount $68,525.55 was secured by various federal tax liens, $18,535.04 was scheduled as a priority claim, and $4,362.23 was scheduled as a general claim[1].

3. Pursuant to 11 U.S.C. § 1325(a)(5), the secured claim of the IRS in the amount of $68,525.55 is required to be paid in full, with interest at the statutory rate of 6%. Here, the debtor schedules the IRS as a secured creditor in the amount of $80,635.88, which exceeds the amount of secured claim, with interest to be paid at the rate of zero.

WHEREFORE, for the foregoing reasons, the Internal Revenue Service objects to the debtor's Chapter 13 plan.

---

[1] The priority claim for tax year 2018 in the approximate amount of $13,000.00 was estimated, as the debtor has not filed Form 1040 for tax year 2018. Although under non-bankruptcy law, the debtor's Form 1040 for 2018 is not yet due, under applicable bankruptcy law a debtor filing for Chapter 13 between January 1st and April 15th must file his return for the preceding year even though it is not due under the tax law. See 11 U.S.C. § 1308(a) and In re *Cushing*, 401 B.R. 528, 533-38 (B.A.P. 1st Cir. 2009).

Dated: March 27, 2019

Respectfully submitted,

GRANT C. JAQUITH
United States Attorney

By: /s/ William F. Larkin
William F. Larkin
Assistant United States Attorney
Bar Roll No. 102013
315-448-0672