UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

******************************
In Re:

John P. Barden, **Bankruptcy No. 19-30284**
**Chapter 13**

Debtor.
******************************

**DECLARATION**

Pursuant to Title 28, United States Code, Section 1746, and under penalties of perjury, Nicole Falkowski declares as follows:

1. I am Legal Assistant employed by United States Attorney for the Northern District of New York, and over the age of 18 years.

2. That on March 27, 2019, I served a copy of an OBJECTION**,** on the following, in the following manners via electronic mail to the following participants:

- Mary Lannon Fangio mary@fangiolaw.com, kate@fangiolaw.com
- Peter C. Schaefer schapc@aol.com
- Mark W. Swimelar-Trustee trustee@cnytrustee.com
- U.S. Trustee USTPRegion02.UT.ECF@usdoj.gov

And, I hereby certify that I have mailed by the United States Postal Service the above mentioned document to the following non-CM/ECF participants by depositing a true and correction copy of same properly enclosed in a post-paid wrapper in the official depository maintained at 100 South Clinton Street, Syracuse, New York 13261:
**Addressee(s)**

/s/ Nicole Falkowski
Nicole Falkowski
Legal Assistant