UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

John P. Barden

Chapter 13

Case No.: 19-30284-5

Debtor(s),

---

## CERTIFICATE OF SERVICE

I, Tracy L. Graham, hereby state that I am above the age of 18 and that on March 29, 2019 served a true and correct copy of Debtors' Amended Summary of Schedules, Amended Schedule "F", Declaration, Chapter 13 Plan and Notice of Time Fixed for Filing Objections to and the Hearing to Consider Confirmation of the Chapter 13 Plan, to the following, and all who have filed a Notice of Appearance via the ECF System Electronically at:

William K. Harrington
US Trustee
USTPRegion02.UT.ECT@us

Mark W. Swimelar
Chapter 13 Trustee
[illegible]

and those listed below by First Class Mail by depositing same in the care and custody of the United States Postal Service in Syracuse, New York.

John P. Barden
1799 Route 13
Cortland NY 13045

U.S. Bankruptcy Court
James M. Hanley Federal Building
100 S. Clinton Street, Rm 315
P.O. Box 7008
Syracuse, New York 13261-7008

any and all creditors on attached list

Dated: March 29, 2019

Tracy L Graham

Tracy L Graham