**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

**Hearing Date: April 30, 2019**
**Hearing Time: 2:00 P.M.**
**Hearing Place: SYRACUSE**

In Re:

**JOHN P. BARDEN**

**Case No. 19-30284**
**Chapter 13**

Debtor.

**OBJECTION OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED ON 3/12/2019**

The New York State Department of Taxation and Finance (the "Department"), by and through Amanda Hiller, Esq., Deputy Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), respectfully submits this objection to the Debtor's Chapter 13 Plan (the "Plan") filed on March 12, 2019.

The Plan should not be confirmed for the following reasons:

1. On April 2, 2019, the Department filed an amended pre-petition proof of claim (Claim #1-2) in the amount of $12,706.05, consisting of a secured claim, based upon filed warrants, of $8,161.26; a priority unsecured claim of $4,493.78; and a general unsecured claim of $51.01.

2. Without the Department's consent and contrary to the requirements of 11 U.S.C. §511 and 11 U.S.C. §1325(a)(5), the Plan proposes to provide for the Department's secured claim as a priority unsecured claim, rather than as a secured claim with interest at the statutory rate of 14.5% and preservation of the Department's lien until payment in full.

3. Without the Department's consent and contrary to the provisions of 11 U.S.C. §1322(a)(2), the Plan fails to provide payment in full of the Department's priority claim.

WHEREFORE, the Department respectfully requests the Court: 1) sustain the objections contained herein; 2) not confirm the Plan in its current form; and 3) grant such other relief as it

deems just and proper.

Dated: April 2, 2019

Amanda Hiller
Deputy Commissioner and Counsel

By: /s/ Robert L. Cook
Robert L. Cook (NDNY Reg. No. 515075)
District Tax Attorney
NYS Department of Taxation and Finance
Office of Counsel
340 East Main Street
Rochester, New York 14604
Phone: 585-530-8465
Fax: 518-435-8490
Email: Robert.Cook@tax.ny.gov