**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

**Hearing Date: April 30, 2019**
**Hearing Time: 2:00 P.M.**
**Hearing Place: SYRACUSE**

In Re:

**JOHN P. BARDEN**

**Case No. 19-30284**
**Chapter 13**

Debtor.

**CERTIFICATE OF SERVICE**

I hereby certify that on, April 2, 2019, I electronically filed the attached Objection to Confirmation of Debtor's Amended Plan with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all those accepting electronic service, including the following:

Peter C. Schaefer
schape@aol.com

U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov

Mark W. Swimelar
trustee@cnytrustee.com

*/s/Robert L. Cook*
Robert L. Cook
District Tax Attorney
NYS Department of Taxation and Finance
Office of Counsel
340 East Main Street
Rochester, New York 14604
Phone: (585)530-8465
Fax: (518)435-8490
Email: Robert.Cook@tax.ny.gov