UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
__________________________________

Hearing Date: 04/30/2019
Hearing Time: 2:00 p.m.
Hearing Location: Syracuse, NY

**In re:**
**JOHN P BARDEN,**

Debtor(s).
__________________________________

Case No. **19-30284**
Chapter 13

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

The Trustee objects to confirmation of the plan, filed 03/12/2019 (ECF#2), in the above named debtor(s) case for the following reason:

**I. DELINQUENT**

That the debtor is 1 month, $4,779.46, in arrears through April 2019. Therefore, due to the debtor(s) delinquency, the Trustee can not recommend confirmation of the plan pursuant to 11 U.S.C. §1325(a)(6).

WHEREFORE, Trustee respectfully requests that Confirmation be denied and for such further relief as the Court deems appropriate.

Dated: Syracuse, New York
April 16, 2019

/s/ Mark W. Swimelar____________
Mark W. Swimelar, Chapter 13 Trustee
Bar Roll # 506340
250 S. Clinton Street, #203
Syracuse, New York 13202
315-471-1499
trustee@cnytrustee.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

Hearing Date: 04/30/2019
Hearing Time: 2:00 p.m.
Hearing Location: Syracuse, NY

**In re:**
**JOHN P BARDEN,**

Debtor(s).

Case No. **19-30284**
Chapter 13

**CERTIFICATE OF SERVICE**

**Amy E. Militi** certifies that she is, and at all times hereinafter mentioned was, an employee in the office of the Standing Chapter 13 Trustee and over the age of 18 years.

That on April 16, 2019, I served the attached Objection to Confirmation on the below named by depositing a copy in a post-paid, properly addressed wrapper under the custody of the United States Post Office in a depository within the State of New York.

JOHN P BARDEN
50 CENTER STREET
HOMER, NY 13077

And that she electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

Office of the U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov

PETER C SCHAEFER ESQ

/s/ Amy E. Militi_____
Amy E. Militi