UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

JOHN P. BARDEN,

Debtor(s),

Case No. 19-30284
Chapter 13

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICES**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of 1819 Acquisitions, LLC creditor in the above proceeding, and requests that copies of all Notices, Motions, Adversary Proceedings and other proceedings be electronically mailed to nchapman@riehlmanshafer.com.

Dated: May 6, 2019

/s/Amanda C. Shaw
Amanda C. Shaw
Riehlman, Shafer & Shaw, LLC
Attorney for Creditor
1819 Acquisitions, LLC
P.O. Box 544
Tully, NY 13159
(315) 696-5238
Bar Roll No. 507929