UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: **John P. Barden**

Debtor(s).

Case No. **19-30284-5**
Chapter 13

**Amended NOTICE OF TIME FIXED FOR FILING OBJECTIONS TO AND THE HEARING TO CONSIDER CONFIRMATION OF CHAPTER 13 PLAN DATED March 12, 2019**

PLEASE TAKE NOTICE that Debtor John P. Barden (the "Debtor"), has filed a proposed Chapter 13 Plan and is seeking an Order of Confirmation of the Plan, which, among other provisions, proposes to do the following, if checked:

- ☐ Limit the amount of a secured claim, which may result in a partial payment or no payment at all to the secured creditor
- ☐ Avoid a judicial lien or nonpossessory, nonpurchase-money security interest
- ☐ Assume and/or Reject Unexpired Leases and Executory Contracts

Hereinafter the matters checked are referred to as "Allowed Contested Matters."

A hearing to consider Confirmation of the Chapter 13 Plan and any objections timely filed not later than 7 days prior to the hearing will be held on June 18, 2019 at 2:00 P.M.or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court for the Northern District of New York, 100 South Clinton Street, Rm. 207, Syracuse NY.

Your rights may be affected. You should read the Plan carefully and consult with an attorney as to its legal effect.

If you do not want the Court to grant the relief requested, or, if you want the Court to consider your views on confirmation of the Chapter 13 Plan, a written objection explaining your objection and the legal basis therefor must be filed with the Bankruptcy Court Clerk's Office not later than 7 days prior to the hearing:

**If you mail your objection to the Court for filing, you must mail it early enough so that the Court receives it not later than seven (7) days prior to the above hearing date** and serve a copy of your objection upon the Debtor(s) and Debtor's Counsel, Peter C. Schaefer, Esq. You must also attend the hearing.

**If no written objection is filed, or if no appearance is made in support of an objection, the Court without further hearing may enter an order confirming the Chapter 13 Plan that includes the Allowed Contested Matters.**

Dated: **5/13/2019**

**/s/ Peter C Schaefer, Esq.**
**Peter C Schaefer, Esq. 510900 New York**
Attorney for Debtor

**TO**: Creditors Affected by an Allowed Contested Matter served pursuant to Local Bankruptcy Rule 3015-1(c):
(Local Bankruptcy Rule 3015-1(c)(2) requires that a certificate of service of this notice be filed with the Court not later than seven (7) days prior to the confirmation hearing)

O:LR3015C(12/01/2017)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy