UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

John P. Barden

Chapter 13

Case No.: 19-30284-5

Debtor(s),

---

## CERTIFICATE OF SERVICE

I, Tracy L. Graham, hereby state that I am above the age of 18 and that on May 13, 2019 served a true and correct copy of Debtors' Notice of Time Fixed for Filing Objections to and the Hearing to Consider Confirmation of the Chapter 13 Plan dated March 12, 2019 and the Chapter 13 Plan to the following, and all who have filed a Notice of Appearance via the ECF System Electronically at:

William K. Harrington
US Trustee
USTPRegion02.UT.ECT@us

Mark W. Swimelar
Chapter 13 Trustee
[illegible]

and those listed below by First Class Mail by depositing same in the care and custody of the United States Postal Service in Syracuse, New York.

John P. Barden
50 Center Street
Homer NY 13077

U.S. Bankruptcy Court
James M. Hanley Federal Building
100 S. Clinton Street, Rm 315
P.O. Box 7008
Syracuse, New York 13261-7008

Any and all creditors on
Amended mailing matrix

Dated: March 18, 2019

Tracy L.Graham