# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re John P. Barden ,<br><br>Debtor(s)<br><br>Social Security No(s).: xxx−xx−8134 and all Employer's Tax Identification No(s). *[if any]* | Case No. 19−30284−5−mcr<br><br>Chapter 13 |

## NOTICE OF CLAIM(S) FILED BY DEBTOR(S) OR TRUSTEE

NOTICE IS HEREBY GIVEN that pursuant to Fed R. Bankr. P 3004, a proof of claim has been filed by the debtor(s) or trustee on behalf of the creditor(s) listed below in the amount(s) as shown:

| Name of Creditor | Amount of Claim |
|---|---|
| Peter E. Testa and Theodore V. Testa | $18,000.00 |

Date: 5/20/19

Cynthia A. Platt
Clerk of Court

## *CERTIFICATE OF MAILING*

The deputy clerk indicated below of the United States Bankruptcy Court for the Northern District of New York at Syracuse, hereby certifies that on this date a true copy of the foregoing document:

☑ was mailed by United States Postal Service as Shown below:

Peter E. Testa
Theodore V. Testa
1187 Hillside Dr.
Cortland, NY 13045

☑ was sent electronically to the registered users of the Northern District of New York CM/ECF system at the email address show below:

Robert L. Cook on behalf of Creditor New York State Department of Taxation and Finance
Robert.Cook@tax.ny.gov

Mary Lannon Fangio on behalf of Creditor City of Cortland
mary@fangiolaw.com, kate@fangiolaw.com

William F. Larkin on behalf of Creditor Internal Revenue Service
william.larkin@usdoj.gov,
nicole.falkowski@usdoj.gov;CaseView.ECF@usdoj.gov;carl.eurenius@usdoj.gov

Peter C. Schaefer on behalf of Debtor John P. Barden
schapc@aol.com

Amanda C. Shaw on behalf of Creditor 1819 Acquisitions, LLC
nchapman@riehlmanshafer.com

Mark W. Swimelar−Trustee
trustee@cnytrustee.com

U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov

Mark W. ZZSwimelar on behalf of Trustee Mark W. Swimelar−Trustee
trustee@cnytrustee.com

Date: 5/20/19

Dorothy Glasheen
Deputy Clerk