Hearing Date: July 16, 2019
Hearing Time: 10:00 am
Hearing Location: Syracuse, New York

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
John P. Barden

Debtor(s)

Chapter 13
Case No.:19-30284-5

## OBJECTION TO PROOF OF CLAIM

The Debtor hereby moves the Court for an Order Sustaining Objection to Proof of Claim #019-1.

1. An unsecured Proof of Claim was filed on behalf of Nancy Susskind by Riehlman, Shafer & Shaw in the amount of $37,902.15. The basis of that unsecured proof of claim was an alleged Note and Mortgage dated December 1, 2010 in the amount of $35,300.00. Debtor maintains that he did not sign said Note and Mortgage. A civil suit was filed on October 6, 2016 by the creditor in the Cortland County Supreme Court under Index No. 16-337, ( See Exhibit "A" attached hereto).

2. An Answer to the Summons and Complain was filed on behalf of Debtor by Edward R. Pursuer, Esq., denying the allegations set forth in Plaintiff/Creditor's Summons and Complaint (See Exhibit "B") attached hereto.

3. On December 12, 2018, a Trial was held in the Cortland County Supreme Court before the Hon. Jeffrey A. Tait. As of this date, no decision has been rendered by the Court.

WHEREFORE, Debtor objects to the subject Proof of Claim of Nancy Susskind on the basis that this claim is contested and unfounded and requests that the Chapter 13 Trustee disallow the claim.

Dated: May 23, 2019

Peter C. Schaefer, Esq.
Attorney for Debtor
313 E. Willow St., Ste. 105
Syracuse NY 13203
(315) 478-2020

EXHIBIT "A"

Case 19-30284-5-mcr Claim 10 Filed 05/15/19 Desc Main Document Page 4 of 8

COPY

STATE OF NEW YORK
SUPREME COURT : COUNTY OF CORTLAND

NANCY SUSSKIND,

Plaintiff,

-vs-

JOHN BARDEN,

Defendant.

Index No. 16-337

**AMENDED SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED to answer the Complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with this Summons, to serve a Notice of Appearance, on the Plaintiff's attorneys within twenty (20) days, after the service of this Summons exclusive of the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint. Cortland County is designated as the place of trial.

The basis of venue is the residence of the debtor.

DATED: October 6, 2016

Amanda C. Shaw
Riehlman, Shafer & Shaw, LLC
*Attorneys for Plaintiff*
7693 Route 281
PO Box 544
Tully, New York 13159-0544
(315) 696-6347

**THE LAW FIRM OF RIEHLMAN, SHAFER & SHAW, LLC IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS LAW FIRM IS A DEBT COLLECTOR.**

OCT - 6 2016
Original Filer
ELIZABETH LARKIN, CO. CLERK

STATE OF NEW YORK
SUPREME COURT : COUNTY OF CORTLAND

NANCY SUSSKIND,

Plaintiff,

-vs-

JOHN BARDEN,

Defendant.

Index No. 16-337

**AMENDED COMPLAINT**

The Plaintiff herein, by Riehlman, Shafer & Shaw, LLC, its attorneys, for its amended complaint complains of the Defendant above named, and for its cause of action, alleges:

1. That the Plaintiff herein, Nancy Susskind, is an individual residing at 7026 N. Glen Haven Road, Homer, New York 13207.

2. That at all times hereinafter mentioned, the Defendant, John Barden, is an individual residing at 1799 State Route 13, Cortland, New York 13045.

3. That from the period between the 21st day of January 2010 through the 21st day of January 2011, Plaintiff loaned monies to the Defendant, John Barden, for the repair and renovation of the real property located at 52 Center Street, Homer, New York. The funds loaned by Plaintiff to the Defendant during that period for the improvement to the aforementioned property totaled Thirty-Five Thousand Three Hundred 00/100 ($35,300.00).

4. That on the 1st day of December, 2010 for the purpose of securing payment to Nancy Susskind of the monies loaned for the improvement to the real property as set forth in paragraph 3 herein in the sum of Thirty-five Thousand Three Hundred 00/100 Dollars ($35,300.00) Defendant,

Case 19-30284-5-mcr Claim 19 Filed 05/15/19 Desc Main Document Page 6 of 7

John Barden, executed and delivered to Nancy Susskind a Mortgage Note (hereinafter referred to as the "Note") bearing the same date and whereby he covenanted to pay to Plaintiff the sum of $35,300.00 with interest thereon at the rate of 7.5% per annum, until the entire unpaid balance of principal and accrued interest was paid in full.

5. That the Defendant, John Barden, so named, has failed and neglected to comply with the conditions of said Mortgage Note by omitting and failing to pay monthly payments of principal and interest from November 1, 2013.

6. That as more than 30 days have elapsed since payment in full was due and it remains unpaid according to the terms of the Mortgage Note, the Plaintiff hereby elects to call due the entire amount due. Accordingly, there is now due and owing to Plaintiff from Defendant the sum of $26,636.35 with future interest at the contractual rate of 7.5% per annum from November 1, 2013.

7. That although the Plaintiff has demanded payment from the Defendant, John Barden, same has been refused, denied and/or neglected.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, John Barden, in the sum of $26, 636.35, together with interest at the rate of 7.5% from November 1, 2013, together with the costs and disbursements of this action.

Dated: October 6, 2016

Amanda C. Shaw
RIEHLMAN, SHAFER & SHAW, LLC
*Attorneys for Plaintiff*
7693 Route 281
PO Box 544
Tully, New York 13159-0544
(315) 696-6347

EXHIBIT "B"

STATE OF NEW YORK
SUPREME COURT : COUNTY OF CORTLAND

NANCY SUSSKIND,

Plaintiff

v.

JOHN BARDEN,

Defendant.

**AMENDED ANSWER**

Index No. 16-337

The Defendant, John P. Barden, by is attorney, Edward R. Purser, for his Answer to Plaintiff's Complaint alleges:

1. Denies knowledge or information sufficient to form a belief as to allegations contained in paragraphs of the Complaint designated FIRST.

2. Denies paragraphs of the Complaint designated 3, 4, 5, 6 and 7.

FOR AN AFFIRMATIVE DEFENSE,
John P. Barden ALLEGES:

3. That the Mortgage Note referred to in Plaintiff's Complaint was never executed by Defendant, John Barden, a/k/a John P. Barden

FOR A SECOND AFFIRMATIVE DEFENSE,
John P. Barden ALLEGES:

4. That the Plaintiff did not loan any monies for the repair and renovations of the real property known as 52 Center St., Homer, New York.

**WHEREFORE,** Defendant demands Judgment dismissing the Complaint together with costs and disbursements of this action.

Dated: October 26, 2016

S/Edward R Purser

Edward R. Purser, Esq.
Attorney for Defendant
4 Lincoln Ave., PO Box 425
Cortland, New York 13045
Tel: (607) 753-0865