UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

Hearing Date: July 16, 2019
Hearing Time: 10:00 am
Hearing Location: Syracuse, New York

In re:
John P. Barden
.
Debtor(s)

Chapter 13
Case No.:19-30284-5

**NOTICE OF HEARING ON OBJECTION TO CLAIM**

PLEASE TAKE NOTICE that upon the annexed Motion of PETER C. SCHAEFER, attorney for the debtor named above, the undersigned will move this court at a Motion Term thereof, to be held on July 16, 2019 at 10:00 am, or as soon thereafter as counsel may be heard, in the United States Federal Building and Courthouse, second floor 100 South Clinton Street, Syracuse, New York , for an Order to disallowing the claim of Nancy Susskind (Proof of Claim No.019-1 ); and for such other relief as to the Court may see, just and proper.

Dated: May 29, 2019

*/s/Peter C. Schaefer*
Peter C. Schaefer, Esq.
Attorney for Debtor
Bar Roll #510900
313 E Willow St, Suite #105
Syracuse NY 13203
Tele No: (315) 478-0525

PURSUANT TO FRBP 9014 AND LOCAL BANKRUPTCY RULE 9013, IF YOU INTEND TO OPPOSE THE MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERKOF THE COURT AND SERVED ON MOVANTS COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE. IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE AND THE COURT MAY GRANT THE MOTION AS UNOPPOSED.