UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
John P. Barden

Debtor(s),

Chapter 13
Case No.: 19-30284-5

## CERTIFICATE OF SERVICE

I, Tracy L. Graham, hereby state that I am above the age of 18 and that on May 29, 2019 served a true and correct copy of Debtors' Notice of Objection to Proof of Claim and Objection to Proof of Claim to the following, and all who have filed a Notice of Appearance via the ECF System Electronically at:

William K. Harrington
US Trustee
USTPRegion02.UT.ECT@us

Mark W. Swimelar
Chapter 13 Trustee
[illegible]

and those listed below by First Class Mail by depositing same in the care and custody of the United States Postal Service in Syracuse, New York.

John P. Barden
50 Center Street
Homer NY 13077

U.S. Bankruptcy Court
James M. Hanley Federal Building
100 S. Clinton Street, Rm 315
P.O. Box 7008
Syracuse, New York 13261-7008

Nancy Susskind
956 Chickadee
Venice FL 34293
CM# 70163560000015874755

Riehlman, Shafer & Shaw
P.O. Box 544
Tully NY 13159

Dated: May 29, 2019

Tracy L. Graham