**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**In re: JOHN P. BARDEN,** **Case No. 19-30284**
**Chapter 13**

**Debtor,**

---

**OBJECTION TO DEBTOR'S PLAN OF MARCH 12, 2019 BY CITY OF CORTLAND (CLAIM # 20) RETURNABLE JUNE 18, 2019 AT 2 P.M.**

**City of Cortland,** by its attorneys Whitelaw & Fangio, Mary Lannon Fangio for its' objection to the Debtor's Chapter 13 Plan of March 12, 2019 states respectfully as follows:

1. The City of Cortland holds a fully secured real estate tax claim, which is a first secured lien on several real properties owned by the debtor.
2. The City of Cortland filed its proof of claim # 20 on May 16, 2019.
3. The total claim for the City of Cortland totals $ 73,721.82 plus statutory interest at 12 % The Plan proposes to pay only 7 % interest on the fully secured claim. Pursuant to 11 U.S.C. Sec. 1325 (a) (5) (A) the City of Cortland does not consent to this treatment of its secured tax claim, and believes that the Plan must provide for payments with the statutory rate of interest.
4. The Plan also appears to be infeasible in that the debtor proposes to pay in $ 286,767.60 and 100% of claims over the five (5) year term and there is now over $ 486,000.00 in timely filed claims. (See POC register annexed as Exhibit A)

**WHEREFORE**, the City of Cortland respectfully requests that the Court deny confirmation of the Debtor's Plan of March 12, 2019.

Dated: June 3, 2019

Respectfully submitted,

**Mary Lannon Fangio, Esq. #101606**
**Whitelaw & Fangio**
**Attorneys for City of Cortland**
247-259 W. Fayette St.
Syracuse, NY 13202
Telephone (315) 472-7832
Email: mary@fangiolaw.com