# Exhibit A

# Northern District of New York
# Claims Register

19-30284-5-mcr John P. Barden

**Judge:** Margaret M. Cangilos-Ruiz
**Office:** Syracuse
**Trustee:** Mark W. Swimelar-Trustee

**Chapter:** 13
**Last Date to file claims:** 05/21/2019
**Last Date to file (Govt):** 09/09/2019

| | | |
|---|---|---|
| *Creditor:* (908990778)<br>NYS Dept. of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | **Claim No: 1**<br>*Original Filed Date:* 03/15/2019<br>*Original Entered Date:* 03/15/2019<br>*Last Amendment Filed:* 04/02/2019<br>*Last Amendment Entered:* 04/02/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David M Pugliese<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $12706.05 | |
| Secured | claimed: | $8161.26 | |
| Priority | claimed: | $4493.78 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 1-1 | 03/15/2019 | Claim #1 filed by NYS Dept. of Taxation and Finance, Amount claimed: $8838.45 (Pugliese, David ) |
| Details | | 1-2 | 04/02/2019 | Amended Claim #1 filed by NYS Dept. of Taxation and Finance, Amount claimed: $12706.05 (Pugliese, David ) |

*Description:* (1-1) pre petition proof of claim
(1-2) 1st amended pre petition proof of claim

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (908990778)<br>NYS Dept. of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | **Claim No: 2**<br>*Original Filed Date:* 03/15/2019<br>*Original Entered Date:* 03/15/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David M Pugliese<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $8838.45 | |
| Secured | claimed: | $8161.26 | |
| Priority | claimed: | $626.18 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 2-1 | 03/15/2019 | Claim #2 filed by NYS Dept. of Taxation and Finance, Amount claimed: $8838.45 (Pugliese, David ) |

*Description:* (2-1) pre petition proof of claim

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (908990762)<br>Cortland County Tax Collector<br>60 Central Avenue<br>Cortland, NY 13045 | **Claim No: 3**<br>*Original Filed*<br>*Date*: 03/19/2019<br>*Original Entered*<br>*Date*: 03/19/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $25776.48 | |
| Secured | claimed: | $25776.48 | |
| Priority | claimed: | $25776.48 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 3-1 | 03/19/2019 | Claim #3 filed by Cortland County Tax Collector, Amount claimed: $25776.48 (admin) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (908990770)<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 4**<br>*Original Filed*<br>*Date*: 03/21/2019<br>*Original Entered*<br>*Date*: 03/21/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Diane Fredette<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $91422.82 | |
| Secured | claimed: | $68525.55 | |
| Priority | claimed: | $18535.04 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 4-1 | 03/21/2019 | Claim #4 filed by Internal Revenue Service, Amount claimed: $91422.82 (Fredette, Diane ) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (908999608)<br>Maines Firm, PLLC<br>Russell E Maines<br>109 E Seneca St<br>Ithaca, NY 14850 | **Claim No: 5**<br>*Original Filed*<br>*Date*: 03/27/2019<br>*Original Entered*<br>*Date*: 03/27/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* T Cassandra Straile<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $8388.74 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 5-1 | 03/27/2019 | Claim #5 filed by Maines Firm, PLLC, Amount claimed: $8388.74 (Straile, T ) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909004512)<br>Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | **Claim No: 6**<br>*Original Filed*<br>*Date*: 04/02/2019<br>*Original Entered*<br>*Date*: 04/02/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sharon Waller Roberts<br>*Modified:* |

| | | |
|---|---|---|
| Amount | claimed: | $13867.05 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |

*History:*

| | | | |
|---|---|---|---|
| Details | 6-1 | 04/02/2019 | Claim #6 filed by Bank of America, N.A., Amount claimed: $13867.05 (Roberts, Sharon ) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909004751) History<br>Upstate Medical University<br>NYS Dept. of Law<br>750 East Adams Street<br>Syracuse, New York 13210 | **Claim No: 7**<br>*Original Filed*<br>*Date*: 04/02/2019<br>*Original Entered*<br>*Date*: 04/02/2019 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Shannon Marie Jones<br>*Modified:* |

| | | |
|---|---|---|
| Amount | claimed: | $2887.10 |

*History:*

| | | | |
|---|---|---|---|
| Details | 7-1 | 04/02/2019 | Claim #7 filed by Upstate Medical University, Amount claimed: $2887.10 (Jones, Shannon ) |

*Description:* (7-1) Services provided

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909007576)<br>John O. Reagan, CPA, P.C.<br>The Walsh Law Firm, P.C.<br>45 Church Street<br>Cortland, NY 13045 | **Claim No: 8**<br>*Original Filed*<br>*Date*: 04/09/2019<br>*Original Entered*<br>*Date*: 04/09/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

| | | |
|---|---|---|
| Amount | claimed: | $4509.05 |

*History:*

| | | | |
|---|---|---|---|
| Details | 8-1 | 04/09/2019 | Claim #8 filed by John O. Reagan, CPA, P.C., Amount claimed: $4509.05 (admin) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909007581)<br>Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 9**<br>*Original Filed*<br>*Date*: 04/09/2019<br>*Original Entered*<br>*Date*: 04/09/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ashley M Boswell<br>*Modified:* |
| Amount claimed: $719.62 | | |
| *History:* | | |
| Details 9-1 04/09/2019 | Claim #9 filed by Capital One Bank (USA), N.A., Amount claimed: $719.62 (Boswell, Ashley ) | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (909008119)<br>NYSEG<br>Attn: Bankruptcy Department<br>PO BOX 5240<br>Binghamton, NY 13902 | **Claim No: 10**<br>*Original Filed*<br>*Date*: 04/10/2019<br>*Original Entered*<br>*Date*: 04/10/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |
| Amount claimed: $7549.38 | | |
| *History:* | | |
| Details 10-1 04/10/2019 | Claim #10 filed by NYSEG, Amount claimed: $7549.38 (admin) | |
| *Description:* | | |
| *Remarks:* (10-1) Account Number (last 4 digits):2418 | | |

| | | |
|---|---|---|
| *Creditor:* (909011534)<br>Regional Medical Practice, P.C.<br>c/o Burr & Reid, LLP<br>400 Plaza Drive<br>PO Box 2308<br>Binghamton, NY 13902-2308 | **Claim No: 11**<br>*Original Filed*<br>*Date*: 04/15/2019<br>*Original Entered*<br>*Date*: 04/15/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mark D. Spinner<br>*Modified:* |
| Amount claimed: $903.00 | | |
| *History:* | | |
| Details 11-1 04/15/2019 | Claim #11 filed by Regional Medical Practice, P.C., Amount claimed: $903.00 (Spinner, Mark ) | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (909011535)<br>Cortland Regional Medical Center, Inc. | **Claim No: 12**<br>*Original Filed* | *Status:*<br>*Filed by:* CR |
| *History:* | | |
| Details 12-1 04/15/2019 | Claim #12 filed by Cortland Regional Medical Center, Inc., Amount claimed: $8081.09 (Spinner, Mark ) | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| c/o Burr & Reid, LLP<br>400 Plaza Drive<br>PO Box 2308<br>Binghamton, NY 13902-2308 | *Date:* 04/15/2019<br>*Original Entered Date:* 04/15/2019 | *Entered by:* Mark D. Spinner<br>*Modified:* |

| Amount | claimed: | $8081.09 |
|---|---|---|

*History:*

| Details | | 12-1 | 04/15/2019 | Claim #12 filed by Cortland Regional Medical Center, Inc., Amount claimed: $8081.09 (Spinner, Mark ) |
|---|---|---|---|---|

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909017032)<br>Russell E. and Linda J. Ruthig<br>PO Box 866<br>Cortland, NY 13045 | **Claim No: 13**<br>*Original Filed Date:* 04/26/2019<br>*Original Entered Date:* 04/26/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* T Cassandra Straile<br>*Modified:* |

| Amount | claimed: | $122669.27 |
|---|---|---|

*History:*

| Details | | 13-1 | 04/26/2019 | Claim #13 filed by Russell E. and Linda J. Ruthig, Amount claimed: $122669.27 (Straile, T ) |
|---|---|---|---|---|

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909021308)<br>Pendrick Capital Partners co Peritus Portfolio<br>P.O. Box 141419<br>Irving, TX 75014-1419 | **Claim No: 14**<br>*Original Filed Date:* 04/30/2019<br>*Original Entered Date:* 04/30/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Georgina Agarin Yarbrough<br>*Modified:* |

| Amount | claimed: | $1261.75 |
|---|---|---|

*History:*

| Details | | 14-1 | 04/30/2019 | Claim #14 filed by Pendrick Capital Partners co Peritus Portfolio, Amount claimed: $1261.75 (Yarbrough, Georgina ) |
|---|---|---|---|---|

*Description:* (14-1) Medical Services

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909021309)<br>Pendrick Capital Partners II co Peritus Portfolio | **Claim No: 15**<br>*Original Filed Date:* 04/30/2019 | *Status:*<br>*Filed by:* CR |

*History:*

| Details | | 15-1 | 04/30/2019 | Claim #15 filed by Pendrick Capital Partners II co Peritus Portfolio, Amount claimed: $689.75 (Yarbrough, Georgina ) |
|---|---|---|---|---|

*Description:* (15-1) Medical Services

*Remarks:*

| | | |
|---|---|---|
| P.O. Box 141419<br>Irving, TX 75014-1419 | *Original Entered Date*: 04/30/2019 | *Entered by:* Georgina Agarin Yarbrough<br>*Modified:* |

| | | |
|---|---|---|
| Amount | claimed: | $689.75 |

*History:*

| | | | |
|---|---|---|---|
| Details | 15-1 | 04/30/2019 | Claim #15 filed by Pendrick Capital Partners II co Peritus Portfolio, Amount claimed: $689.75 (Yarbrough, Georgina ) |

*Description:* (15-1) Medical Services

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909021308)<br>Pendrick Capital Partners co Peritus Portfolio<br>P.O. Box 141419<br>Irving, TX 75014-1419 | **Claim No: 16**<br>*Original Filed Date*: 04/30/2019<br>*Original Entered Date*: 04/30/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Georgina Agarin Yarbrough<br>*Modified:* |

| | | |
|---|---|---|
| Amount | claimed: | $752.00 |

*History:*

| | | | |
|---|---|---|---|
| Details | 16-1 | 04/30/2019 | Claim #16 filed by Pendrick Capital Partners co Peritus Portfolio, Amount claimed: $752.00 (Yarbrough, Georgina ) |

*Description:* (16-1) Medical Services

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909022939)<br>1819 Acquisitions, LLC<br>PO Box 582<br>Tully, NY 13159 | **Claim No: 17**<br>*Original Filed Date*: 05/02/2019<br>*Original Entered Date*: 05/02/2019<br>*Last Amendment Filed*: 05/07/2019<br>*Last Amendment Entered*: 05/07/2019 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Amanda C. Shaw<br>*Modified:* |

| | | |
|---|---|---|
| Amount | claimed: | $20086.58 |
| Secured | claimed: | $20086.58 |

*History:*

| | | | |
|---|---|---|---|
| Details | 17-1 | 05/02/2019 | Claim #17 filed by 1819 Acquisitions, LLC, Amount claimed: $20086.58 (Shaw, Amanda ) |
| Details | 17-2 | 05/07/2019 | Amended Claim #17 filed by 1819 Acquisitions, LLC, Amount claimed: $20086.58 (Shaw, Amanda ) |

*Description:* (17-1) 1799 Route 13, Cortland, NY

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909001805) History<br>The Law Office of Mark Pordos<br>814 Manvel Avenue<br>Chandler, OK 74834 | **Claim No: 18**<br>*Original Filed*<br>*Date:* 05/06/2019<br>*Original Entered*<br>*Date:* 05/06/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* T Cassandra Straile<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $6810.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 18-1 | 05/06/2019 | Claim #18 filed by The Law Office of Mark Pordos, Amount claimed: $6810.00 (Straile, T ) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909029102)<br>Nancy Susskind<br>c/o Riehlman Shafer & Shaw<br>PO Box 544<br>Tully, NY 13159 | **Claim No: 19**<br>*Original Filed*<br>*Date:* 05/15/2019<br>*Original Entered*<br>*Date:* 05/15/2019 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Amanda C. Shaw<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $37902.15 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 19-1 | 05/15/2019 | Claim #19 filed by Nancy Susskind, Amount claimed: $37902.15 (Shaw, Amanda ) |
| | | 28 | 05/29/2019 | Objection to Claim Number 19 by Claimant Nancy Susskind. Filed by John P. Barden. (Schaefer, Peter) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909027305)<br>City of Cortland<br>25 Court Street<br>Cortland, NY 13045 | **Claim No: 20**<br>*Original Filed*<br>*Date:* 05/16/2019<br>*Original Entered*<br>*Date:* 05/16/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mary Lannon Fangio<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $73721.82 | |
| Secured | claimed: | $73721.82 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 20-1 | 05/16/2019 | Claim #20 filed by City of Cortland, Amount claimed: $73721.82 (Fangio, Mary ) |

*Description:* (20-1) Secured Tax Claim for unpaid realty taxes on various properties

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909030416)<br>EMERG CARE SERVICES OF NY,P.C.<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | **Claim No: 21**<br>*Original Filed*<br>*Date*: 05/17/2019<br>*Original Entered*<br>*Date*: 05/17/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $2942.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 21-1 | 05/17/2019 | Claim #21 filed by EMERG CARE SERVICES OF NY,P.C., Amount claimed: $2942.00 (admin) |

*Description:*

*Remarks:* (21-1) Account Number (last 4 digits):8134

| | | |
|---|---|---|
| *Creditor:* (908990780)<br>Peter E. Testa and Theodore V. Testa<br>1187 Hillside Drive<br>Cortland, NY 13045 | **Claim No: 22**<br>*Original Filed*<br>*Date*: 05/20/2019<br>*Original Entered*<br>*Date*: 05/20/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Peter C. Schaefer<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $18000.00 | |
| Secured | claimed: | $18000.00 | |
| Priority | claimed: | $18000.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 22-1 | 05/20/2019 | Claim #22 filed by Peter E. Testa and Theodore V. Testa, Amount claimed: $18000.00 (Schaefer, Peter ) |
| | | 27 | 05/20/2019 | Notice of Claim 22 Filed by Debtor or Trustee Together With Certificate of Service.. (Glasheen, Dorothy) |

*Description:* (22-1) mortgage arrears

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909031198)<br>Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 23**<br>*Original Filed*<br>*Date*: 05/20/2019<br>*Original Entered*<br>*Date*: 05/20/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michael Robert Sherrill<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $15374.34 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 23-1 | 05/20/2019 | Claim #23 filed by Quantum3 Group LLC as agent for, Amount claimed: $15374.34 (Sherrill, Michael ) |

*Description:* (23-1) Money Loaned

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909031199)<br>Quantum3 Group LLC as agent for<br>Cascade Capital LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 24**<br>*Original Filed Date:* 05/20/2019<br>*Original Entered Date:* 05/20/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michael Robert Sherrill<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $364.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 24-1 | 05/20/2019 | Claim #24 filed by Quantum3 Group LLC as agent for, Amount claimed: $364.00 (Sherrill, Michael ) |

*Description:* (24-1) Money Loaned

*Remarks:*

## Claims Register Summary

**Case Name:** John P. Barden
**Case Number:** 19-30284-5-mcr
**Chapter:** 13
**Date Filed:** 03/12/2019
**Total Number Of Claims:** 24

| | |
|---|---|
| **Total Amount Claimed*** | $486222.49 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $222432.95 | |
| **Priority** | $67431.48 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/03/2019 10:13:21 | | | |
| **PACER Login:** | maryfangio:2661515:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 19-30284-5-mcr Filed or Entered From: 12/1/2018 Filed or Entered To: 6/3/2019 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |