**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**In re: JOHN P. BARDEN,**

**Debtor,**

**Case No. 19-30284**
**Chapter 13**

---

**CERTIFICATE OF SERVICE OF OBJECTION TO DEBTOR'S PLAN OF MARCH 12, 2019 BY CITY OF CORTLAND (CLAIM # 20) RETURNABLE JUNE 18, 2019 AT 2 P.M.**

**Kathleen R. Zacharewski ,** certifies under penalty of perjury that she is over the age of 18 years and on **June 3, 2019** mailed a **FULL** copy of the ***Objection to Debtor's Plan of March 12, 2019 by City of Cortland (Claim # 20) Returnable June 18, 2019 at 2 p.m. (Objection)*** and mailed a true copy of said Objection in a **FIRST CLASS** prepaid envelope addressed to the following parties:

JOHN P. BARDEN
50 CENTER STREET
HOMER, NY 13077

PETER SCHAEFER, ESQ.
313 E. WILLOW ST.
SUITE 105
SYRACUSE, NY 13203

MARK SWIMELAR, TRUSTEE
250 S. CLINTON ST.
SYRACUSE, NY 13202

OFFICE OF THE U.S. TRUSTEE
ALEXANDER PIRNIE FED. BLDG.
10 BROAD STREET-ROOM 105
UTICA, NY 13501

And I deposited the prepaid envelopes in an official depository of the U.S. Postal Service, and upon information and belief, all registered parties who have filed a Notice of Appearance or

Appeared in this case were served with a copy of the Notice and Motion through the CM-ECF System.

**Dated: June 3, 2019**

**Kathleen R. Zacharewski**
**Whitelaw & Fangio**
**247-259 W. Fayette St.**
**Syracuse, NY 13202**
**Telephone (315) 472-7832**
**Fax (315) 472-7816**