**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions (Albany, Syracuse and Utica)**

**<u>This Form Is To Be Used Confirmation Hearings[1] Only</u>.**

Division: NDNY-SYRACUSE

Case Name: BARDEN, JOHN P.

Case No.: 19-30284

☒ Adjournment Request[2] for Hearing on Confirmation of Plan Filed at Docket 2

No. Reason for Adjournment Request: NUMEROUS CREDITORS TO BE ADDED/OBJECTIONS

<u>Original</u> Return Date of Confirmation Hearing: 4/30/2019

Number of prior adjournment request that have been made: 1

☐ Notification of Withdrawal of ☐ Plan; ☐ Objection; ☐ Other: ____________
Filed at Docket No.: ______

☐ Notification of Settlement of Objection Filed at Docket No.: ____

<u>Present</u> Date of Confirmation Hearing: 6/18/2019

Requested Adjourned Confirmation Hearing Date: 8/13/2019

Requesting Attorney's Name, Office Address, Phone <u>and</u> Email Address:

PETER C. SCHAEFER, ESQ.
313 E. WILLOW ST., STE. 105
SYRACUSE NY 13203
315-478-2020
schapc@aol.com

Consent of All Parties Obtained? ☒ Yes ☐ No - ***Absent compelling reasons, adjournments will not be granted without the consent of all parties.***

Cc:

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Plan</u> to Which the Request/Notification Pertains.**

---

[1] See [illegible] for the form relative to hearings on the motion calendar.
[2] If your request is denied, you will be notified by Chambers.