Hearing Date: July 16, 2019
Hearing Time: 10:00 am
Hearing Location: Syracuse, New York

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
John P. Barden

Debtor(s)

Chapter 13
Case No.:19-30284-5

**OBJECTION TO PROOF OF CLAIM**

The Debtor hereby moves the Court for an Order Sustaining Objection to Proof of Claim #020.

1. A secured Proof of Claim was filed on behalf of the City of Cortland by the City of Cortland Law Department in the amount of $73,821.82. The basis of that secured proof of claim was outstanding real property taxes due to the City on numerous properties owned by Debtor.

2. A review of the attachments to the Proof of Claim setting forth the amounts due on each property include outstanding bills totaling $5, 128.31 for property located at 131 Groton Avenue, Cortland, NY.

3. A review of the attachments indicate that this property is in fact owned by John A. Barden, not the Debtor, John P. Barden. (See Exhibit "A", attached hereto and made a part hereof).

WHEREFORE, Debtor objects to the subject Proof of Claim of the City of Cortland on the basis that the portion of the claim regarding taxes owed on property located at 131 Groton Avenue, Cortland, NY, is improperly assessed to Debtor and requests that the Chapter 13 Trustee disallow

that portion of the claim and that the City of Cortland amend their Proof of Claim to reflect a change in the total amount owed.

Dated: June 20, 2019

Peter C. Schaefer, Esq.
Attorney for Debtor
313 E. Willow St., Ste. 105
Syracuse NY 13203
(315) 478-2020