UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

John P. Barden

Chapter 13

Case No.: 19-30284-5

Debtor(s),

---

## CERTIFICATE OF SERVICE

I, Tracy L. Graham., hereby state that I am above the age of 18 and that on June 20, 2019 served a true and correct copy of Debtors' Notice of Objection to Proof of Claim and Objection to the following, and all who have filed a Notice of Appearance via the ECF System Electronically at:

William K. Harrington
US Trustee
USTPRegion02.UT.ECT@us

Mark W. Swimelar
Chapter 13 Trustee
[illegible]

and those listed below by First Class Mail by depositing same in the care and custody of the United States Postal Service in Syracuse, New York.

John P. Barden
50 Center Street
Homer NY 13077

U.S. Bankruptcy Court
James M. Hanley Federal Building
100 S. Clinton Street, Rm 315
P.O. Box 7008
Syracuse, New York 13261-7008

City of Cortland Law Department
City Hall, 25 Court Street
Cortland NY 13045
CM# 70180680000197738029

Mary Lannon Fangio, Esq.
247-259 W. Fayette St.
Syracuse NY 13202

Dated: June 20, 2019

Tracy L. Graham