UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re: Case No. 19-30284

JOHN P. BARDEN,

Debtor.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2019 I electronically filed a Response to Debtor's Objection to Claim No. 19 with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

**Peter C. Schaefer, Esq.**
***Attorney for Debtor(s)***
**313 E. Willow Street, Suite 105**
**Syracuse, NY 13203**

**Mark W. Swimelar, Esq.**
***Trustee***
**250 South Clinton Street**
**Suite 203**
**Syracuse, NY 13202**

**Office of the U.S. Trustee**
**10 Broad Street, Room 105**
**Utica, New York 13501**

and I hereby certify that I have mailed by the United States Postal Service the foregoing document by depositing a true copy of same enclosed in a postpaid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to the following non CM/ECF participants:

**John P. Barden**
***Debtor(s)***
**50 Center Street**
**Homer, NY 13077**

Dated: July 8, 2019

Newsy A. Chapman