UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

HEARING DATE: July 30, 2019
HEARING TIME: 10:00 am
HEARING PLACE: Syracuse, NY

IN RE: JOHN P. BARDEN

Debtor

ATTORNEY'S AFFIRMATION

Case No. 19-30284

Chapter 13

The affirmation of James F. Selbach, Esq., made under penalties of perjury, states as follows:

1. I am the attorney for Debtor. I make this affirmation in support of the application for an order of this Court, pursuant to 11 U.S.C. §362(k), (1) finding a violation of the automatic stay, (2) imposing sanctions and monetary penalties, (3) awarding attorneys' fees, and (4) awarding the costs of this motion.
2. This contested matter is being commenced to (1) vindicate the right to be free from the harassment of creditor demands, (2) preserve the integrity of the automatic stay, and (3) recover actual damages, including attorneys' fees.
3. The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on March 12, 2019.
4. City of Cortland ("Cortland") was listed as a creditor in the case and received notice from the Court of the commencement of the case.
5. Cortland filed a Notice of Appearance and and Request for Service of Papers on March 22, 2019 (ECF #12) a copy of which is attached as Exhibit A.
6. Cortland filed a Proof of Claim on May 16, 2019 (ECF # 20), a copy of which is attached as Exhibit B.
7. Cortland sent the Debtor a written demand for payment of a pre-petition debt, a copy of which is attached as Exhibit C.
8. The conduct of Cortland against Debtor threatens the integrity of the automatic stay.

9. Cortland denied Debtor the right to be free of creditor collection pressure guaranteed by the Bankruptcy Code.

10. The conduct of Cortland has denied Debtor the right to a fresh start, provided by the Bankruptcy Code.

11. By reason of the foregoing violation, the Court should impose sanctions, Crysen/Montenay Energy Co. v. Esselen Assoc. Inc. (In re Crysen/Montenay), 902 F.2d 1098, 1099, 1103, 1104, 1105 (2d. Cir. 1990), and a "monetary penalty" [11 U.S.C. §342(g)(2)] on Cortland.

12. Therefore an order of this Court is requested, as against Cortland:

    (1) finding a violation of the automatic stay ;

    (2) imposing sanctions and monetary penalties;

    (3) awarding attorneys' fees;

    (4) awarding the costs of this motion.

DATED: Syracuse, New York
July 9, 2019

**SELBACH LAW OFFICES, P.C.**

By: /s/ James F. Selbach
James F. Selbach, Esq.
8809 Daylight Drive
Liverpool, New York 13090
315.471.6611

*Attorney for Debtor*