# EXHIBIT C

CITY OF CORTLAND
25 COURT STREET
CORTLAND, NEW YORK 13045

6/14/19

BARDEN JOHN P
1799 RTE 13
CORTLAND, NY 13045

RE: PROPERTY [redacted] 16 OWEGO ST

Dear Property Owner:

Listed below are unpaid invoice(s) relating to your property listed above.

If you have questions regarding the invoice(s), you may call our office at (607) 753-1741.

You can now pay on-line at www.cortland.org.

Thank You,
Code Enforcement

| INVOICE# | DATE | BALANCE | LATE FEES | TOTAL | DESCRIPTION |
|---|---|---|---|---|---|
| 002848 | 1/26/18 | 5,000.00 | 1,200.00 | 6,200.00 | VACANT BUILDING REGISTRAT |
| 003299 | 1/18/19 | 74.90 | 4.48 | 79.38 | SNOW REMOVAL |
| 003357 | 2/25/19 | 76.00 | 3.42 | 79.42 | SNOW REMOVAL |
| TOTAL OWED | | | | 6,358.80 | |