UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

HEARING DATE: July 30, 2019
HEARING TIME: 10:00 am
HEARING PLACE: Syracuse, NY

IN RE: JOHN P. BARDEN

Debtor

NOTICE OF MOTION

Case No. 19-30284

Chapter 13

| | |
|---|---|
| MOTION MADE BY: | Selbach Law Offices, P.C., Attorney for Debtor |
| DATE, TIME, AND PLACE OF HEARING: | July 30, 2019 at 10:00 am<br><br>U.S. Courthouse<br>James M. Hanley Federal Building<br>100 South Clinton Street<br>Syracuse, New York 13261 |
| SUPPORTING PAPERS: | Affirmation of James F. Selbach, Esq. |
| RELIEF DEMANDED: | Order Imposing Sanctions and Attorneys' Fees |

Dated: July 9, 2019

/s/ James F. Selbach
Selbach Law Offices, P.C.
Attorneys for Debtor
8809 Daylight Drive
Liverpool, New York 13090
(315) 471-6611