B 203
(12/94)

# United States Bankruptcy Court
# Northern District of New York

**In re** JOHN P. BARDEN

Case No. 19-30284

Debtor

Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Ban kr. P. 2016(b), I certify that I am one of the attorneys for the above- named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ (see “a.” below)

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ (see “a.” below)

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ (see “a.” below)

2. The source of the compensation paid to me was:

☐ Debtor ☒ Other (specify) (see "a." below)

3. The source of compensation to be paid to me is:

☐ Debtor ☒ Other (specify) (see "a." below)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members an d associates of my law firm .

☒ I have agreed to share the above-disclosed compensation with another other person or persons who are not members or associates of my law firm. Selbach Law Offices, P.C. has agreed to share 25% of any attorneys’ fees with Peter C. Schaefer.

5. In return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case:

a. All legal services related to a contested matter and or an adversary proceeding against an entity that has violated the automatic stay and or discharge injunction. Any attorneys’ fees shall be collected from any amount received from the offending entity either by way of settlement and or decision and judgment of this Court. The representation of the Debtor(s) by Selbach Law Offices, PC is strictly limited to these services. Attorneys' fees can be calculated in one of two ways: (1) Attorneys' Fees Based on Total Amount Recovered The calculation of the amount to be distributed is done in the following manner. First, costs are deducted from the total amount of money recovered. Next, $300 is deducted to be paid to the Client and $1,000 is deducted to be paid to the Attorneys. The Client and the Attorney then each receive 50% of whatever, if any, funds are remaining after these deductions. (2) Attorneys’ Fees Based on a Court Award The amount of the attorneys' fees would be determined by the Court based on the Attorneys' hourly rate of $300.00 and the amount of time spent rendering legal services to the Client. This award would be paid by the Offender and not the Client. If the Attorneys decide to receive their fees in this manner, the latter formula does not apply. The referring attorney, if any, receives 25% of the attorneys’ fees.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation on of the Debtor(s) in this bankruptcy proceedings.

Dated: July 9, 2019

/s/ James F. Selbach
*Signature of Attorney*

Selbach Law Offices, P.C.
*Name of law firm*